

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRANDON HARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 406-285 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| ALLSTATE INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 407-044 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the defendant, Judge B. Avant Edenfield entered an order consolidating the cases set forth above for purposes of discovery, trial, and all other matters. However, the Court was unaware that Civil Action 407-044 was presently assigned to the Honorable John F. Nangle for plenary disposition.

After due consideration, and for reasons of judicial economy, Civil Action 407-044,

**Allstate Insurance Company v. United States of America** is hereby reassigned to the

Honorable B. Avant Edenfield for plenary disposition.

SO ORDERED this 15th day of June, 2007.

                                                      William T. Moore, Jr., Chief Judge
                                                      United States District Court
                                                      Southern District of Georgia